FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JAN 31  PM 3: 26

CLERK'S OFFICE
AT BALTIMORE

BY_____KR_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DoReeN Shing/MAY SHING
10956 Hilltop Lane
Columbia, MD 21044

443-
760-
1787

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Budget And Expenditures Director
201 W. Preston St. - Room 4
Baltimore, MD 21202

410-
767-
5600

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___GLR 17 CV 0281___

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No

*(check one)*

I.    **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach
   additional pages if needed.

   *Howard*

| | |
|---|---|
| Name | DoReeN ShiNg / MAY Shing |
| Street Address | 10956 Hilltop LANe |
| City and County | CoLUMBIA, MD 21044 |
| State and Zip Code | MD   21044 |
| Telephone Number | 443-760-1787 |
| E-mail Address | Shi254@AoL.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint,
   whether the defendant is an individual, a government agency, an organization, or
   a corporation.  For an individual defendant, include the person's job or title (if
   known).  Attach additional pages if needed.

   Defendant No. 1

| | |
|---|---|
| Name | MD Developmental Durubilitier AdmN |
| Job or Title (if known) | Budget And Expenditure Director |
| Street Address | 201 W. Preston St. Room 4 |
| City and County | Baltimore |
| State and Zip Code | MD   21202 |
| Telephone Number | 410-767-5600 |
| E-mail Address (if known) | nd.cmro@maryland.gov |
| | bernard.simons@ maryland.gov |

Defendant No. 2

> Name _____
>
> Job or Title _____
> (if known)
>
> Street Address _____
>
> City and County _____
>
> State and Zip Code _____
>
> Telephone Number _____
>
> E-mail Address _____
> (if known)

Defendant No. 3

> Name _____
>
> Job or Title _____
> (if known)
>
> Street Address _____
>
> City and County _____
>
> State and Zip Code _____
>
> Telephone Number _____
>
> E-mail Address _____
> (if known)

Defendant No. 4

> Name _____
>
> Job or Title _____
> (if known)
>
> Street Address _____
>
> City and County _____
>
> State and Zip Code _____
>
> Telephone Number _____
>
> E-mail Address _____
> (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*Medicare / Medicaid Injunction*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Medicare / Medicaid Self-Directed Protections under 42 CFR § 441.740 and 42 CFR §§ 441.450*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.   The Defendant(s) *Respondent to INJUNCTIVE Relief*

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. *Or is a citizen of
   (foreign nation)* _____.

   b.   If the defendant is a corporation

   The defendant, *(name)* _____, is
   incorporated under the laws of the State of *(name)*
   _____, and has its principal place of
   business in the State of *(name)* _____. *Or is
   incorporated under the laws of (foreign nation)*
   _____, and has its principal place of
   business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an
   additional page providing the same information for each additional
   defendant.)*

3.   The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant
   owes or the amount at stake—is more than $75,000, not counting interest
   and costs of court, because *(explain)*:

RESPONDENTS
Defendant Are illegally blocking Petitioners
Federally Protected Medicare/medicaid controls
AND Rights
      P.A.S. 42 CFR §§ 441.740
         AND 42 CFR § 441.450
rights to control employment decisions &
Power over budgetary AND expenditures decisions
& control

5

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

42 CFR § 441, 740 and 42 CFR § 441, 450 are federal protections for Self-Directed Medicare / Medicaid Beneficiaries as stated in the Attached Self-Directed PLAN (EX. 3) Plaintiff is protected under above statutes to manage and supervise Personal Assistant staff and has FINAL decision-making powers over the Medicare / Medicaid budget and expenditures.

Defendant / Respondent cannot legally interfere with or block petitioner's full control over employment, budget, expenditures and hiring decisions of P.A.S. Personal Assistant staff.

Injunctive Relief is requested in the amount of Full control over the $195,000⁻ per year budget and expenditures

6

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Injunctive Relief is requested in the form of Plaintiff's full control over the Medicare/Medicaid budget, $195,000 per year expenditures, hiring decisions of staff, caregivers 24 hr, 7 day a week 368 day a year, CSLA: Community Skills Living Assistants, Job Coaches, Nurses and Designated Personal Assistant Staff for the prevention of seizures, hospitalization and repetitve seizures.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Jan 20_, 20_17_

Signature of Plaintiff    _Doreen Shw_

Printed Name of Plaintiff    _Doreen Shw_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _Pro Se_

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _Thank You!_

Address    _____

Telephone Number    _____

Email Address    _____